UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE B.A.C. LOCAL 4 PENSION FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and RICHARD TOLSON, as Administrator of B.A.C. ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY,<br><br>Plaintiffs,<br><br>-vs.<br><br>HIGH MOUNTAIN CONSTRUCTION, INC.,<br><br>Defendant. | Civ. No. 15-cv-2348 (KM)<br><br>ORDER |

Plaintiffs having moved for entry of a default judgment (ECF no. 5); and no opposition having been received; and the Court having reviewed the submissions and ruled without oral argument in accordance with the accompanying Opinion; and good cause appearing therefor:

IT IS this 9th day of March, 2016

ORDERED as follows:

1. The motion is GRANTED.

2. Judgment will be entered in the form proposed by Plaintiffs (ECF no. 12-1).

3. The clerk shall close the file.

KEVIN MCNULTY, U.S.D.J.